# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WINDCHIMES BY RUSSCO III, INC.**                               **PLAINTIFF**

v.                      **CASE NO. 3:07-CV-00056 GTE**

**KIDS OF AMERICA CORP., MAGIC POWER, YI QIANG GLASS CRAFTS CO. LTD,
and Doe Defendants 1 through 10**                            **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Complaint of Plaintiff Windchimes by Russco III, Inc. (hereinafter "Plaintiff") on file herein, together with the request of Plaintiff that this case be dismissed, and good cause appearing therefore, IT IS HEREBY FOUND AND ORDERED THAT:

1. The parties have entered into a Settlement Agreement, the terms of which are incorporated herein by reference.

2. Pursuant to paragraph 11 of the Settlement Agreement, the parties consent to the United States District Court for the Eastern District of Arkansas retaining jurisdiction over this matter for the purposes of enforcing the terms of this Settlement Agreement.

3. Subject to the above, the Complaint is hereby dismissed with prejudice, with Plaintiff bearing its costs.

4. Counsel for Plaintiff will provide counsel for Defendants with a copy of this Order promptly upon entry.

IT IS SO ORDERED this 25th day of May, 2007.

                                              /s/Garnett Thomas Eisele_____
                                              UNITED STATES DISTRICT JUDGE